20 A.3d 103

EAST OLIVER STREET LIMITED PARTNERSHIP

v.

MAYOR AND CITY COUNCIL OF BALTIMORE CITY.

No. 142, Sept. Term, 2009.

Court of Appeals of Maryland.

May 19, 2011.

Paul Mark Sandler, Robert B. Levin, Matthew A.S. Esworthy, and John J. Lovejoy (Shapiro Sher Guinot & Sandler, Baltimore, MD), on brief, for Petitioner/Cross–Respondent.

Angela Ruocco, Special Assistant City Solicitor (Baltimore Housing, Baltimore, MD), on brief, for Respondent/Cross–Petitioner.

George A. Nilson, City Solicitor, William R. Phelan, Jr., Chief Solicitor (Baltimore City Department of Law, Baltimore, MD), on brief, for Respondent/Cross–Petitioner.

Submitted before: BELL, C.J., HARRELL, BATTAGLIA, GREENE, MURPHY, ADKINS and BARBERA, JJ.

## ORDER

On this 19th day of May, 2011, upon consideration of the Joint Motion for a Consent Order Directing a Remand to the Circuit Court for Baltimore City, as a Result of the Sale of Property, for Modification of the Circuit Court's Order of Demolition, it is hereby

ORDERED, by the Court of Appeals of Maryland, that the motion be, and it is hereby, GRANTED, and it is further

ORDERED, that the case will be REMANDED to the Circuit Court for Baltimore City, pursuant to Maryland Rule 8–604(d).